IN THE MATTER OF: THE LAST WILL AND TESTAMENT AND FIRST CODICIL OF SALLIE B. ASHLEY

No. 7521SC141

(Filed 7 May 1975)

APPEAL by respondent, North Carolina Baptist Homes, Inc., from *Walker, Judge.* Order entered 9 January 1975 in Superior Court, FORSYTH County. Heard in the Court of Appeals 16 April 1975.

State v. Parker; State v. Stitt

*J. Robert Elster and Robert J. Lawing, for propounder appellees.*

*Womble, Carlyle, Sandridge & Rice, by E. Lawrence Davis, for respondent appellant.*

MORRIS, VAUGHN and CLARK, Judges.

The appeal is from an order denying a discovery motion and denying an extension of time for discovery. The order is interlocutory. Appellees' motion to dismiss the appeal is allowed. Certiorari is denied.

Appeal dismissed.